## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christy Basdeo,<br><br>               Plaintiff,<br><br>– against–<br><br>Synchrony Bank d/b/a Mastercard Inc., Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, LLC,<br><br>               Defendant(s). | Case No. 7:20-cv-09859<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT SYNCHRONY BANK ONLY** |

      Plaintiff Christy Basdeo, by counsel, and Defendant Synchrony Bank d/b/a Mastercard Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Synchrony Bank d/b/a Mastercard Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

      IT IS, THEREFORE, ORDERED that all claims of Plaintiff Christy Basdeo against Defendant Synchrony Bank d/b/a Mastercard Inc. are dismissed, with prejudice. Plaintiff Christy Basdeo and Synchrony Bank d/b/a Mastercard Inc. shall each bear their own costs and attorneys' fees. The Clerk is instructed to remove Synchrony Bank d/b/a Mastercard Inc. from the docket.

Date: January 25, 2021

_____
Philip M. Halpern
United States District Judge