UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christy Basdeo,<br><br>　　　　　　Plaintiff,<br><br>– against–<br><br>Synchrony Bank d/b/a Mastercard Inc., Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, LLC,<br><br>　　　　　　Defendant(s). | Case No. 7:20-cv-09859<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Christy Basdeo, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

　　　IT IS, THEREFORE, ORDERED that all claims of Plaintiff Christy Basdeo against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Christy Basdeo and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: _____May 25, 2021_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Philip M. Halpern, U.S.D.J.